IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VICTOR COATES**                                                                                        **PLAINTIFF**

v.                            CASE NO. 4:21-CV-00822-BSM

**MARK MARTIN,** *et al.*                                                                  **DEFENDANTS**

## **ORDER**

Victor Coates was given fourteen days to file proof of service, *see* Doc. No. 2, but has failed to do so. Consequently, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of September, 2023.

                                                                         _____
                                                                         UNITED STATES DISTRICT JUDGE