IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**VICTOR COATES**                                                                                       **PLAINTIFF**

v.                           **CASE NO. 4:21-CV-00822-BSM**

**MARK MARTIN,** *et al.*                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 1st day of September, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE